SECOND DEPARTMENT, DECEMBER, 1953.

(December 7, 1953.)

■

DORA GATTENGO, Appellant, et al., Plaintiffs, v. SEYMOUR S. TRAIGER et al., Respondents.— Motion for a stay denied, with $10 costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

■

ERNEST E. GILSON et al., as Board of Education of Union Free School District No. 22 of the Towns of Oyster Bay and Babylon, in the Counties of Nassau and Suffolk, Respondents, v. JUSTINE L. LAMBERT, Appellant, et al., Defendants.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. The order is not appealable. (*Matter of Board of Transp. of New York*, 272 N. Y. 52, 55; *Union Free School Dist. No. 10 of Town of Hempstead* v. *Baumgartner*, 277 App. Div. 998; *Matter of County of Nassau* [*Renn*], 281 App. Div. 1032.) Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

CELIA Z. GLOTZER, Respondent, v. BENJAMIN D. GLOTZER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See 281 App. Div. 979, 1030.]

■

In the Matter of DORIS HUTCHINS, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 945.]

■

In the Matter of LEON MITRANY, Petitioner, against HERMAN T. STICHMAN, as Commissioner of Housing of the State of New York, Respondent.— Application, pursuant to section 66 of the Civil Practice Act, for a stay denied, without costs. The papers presented do not sufficiently indicate that the petitioner has any right to relief under article 78 of the Civil Practice Act. Consequently, a stay would not be justified. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ.

■

In the Matter of 1717 AVENUE N, INC., Appellant, against UNITED SERVICE EMPLOYEES UNION, LOCAL 377, C. I. O., Respondent.— Motion for stay denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

LILA S. OLMSTEAD, Appellant, v. JOHN W. OLMSTEAD, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See *ante*, p. 946.]